JTW: 06.23.22
PCM USAO#2022R00328

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-22-0239 |
| | * | |
| MICHAEL BRANDON, | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Unlawful Possession of Machinegun, 18 U.S.C. § 922(o); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872) |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE

(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about May 15, 2022, in the District of Maryland, the defendant,

**MICHAEL BRANDON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock GMBH Model 19, 9mm semi-automatic pistol, bearing serial number BUYD430; and 30 rounds of 9mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO

**(Unlawful Possession of a Machinegun)**

The Grand Jury for the District of Maryland further charges that:

On or about May 15, 2022, in the District of Maryland, the defendant,

**MICHAEL BRANDON,**

did knowingly possess a machinegun; that is, a Glock GMBH Model 19, 9mm semi-automatic pistol, bearing serial number BUYD430, with a conversion device attached, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, upon conviction of any offense(s) alleged in Counts One and Two, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. Glock GMBH Model 19, 9mm semi-automatic pistol, bearing serial number BUYD430;

   b. A conversion device; and

   c. Approximately 30 rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
26 U.S.C. § 5872

Erek L. Barron / pem
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date 7/6/2022

3