IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-22-239 |
| | * | |
| MICHAEL BRANDON, | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CROSS EXAMINE LAW ENFORCEMENT WITNESS AND EXHIBIT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland and Patricia McLane, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that the Response to Defendant's Motion to Cross Examine Witness, the attached exhibit, and this Motion be **SEALED**. The Government's response refers to the witness's internal affairs file and information currently under a Protective Order (ECF No. 18) and therefore, the Government requests the Response, exhibit, and this Motion be sealed.

WHEREFORE, the government requests the Response, exhibit, and this Motion be sealed.

Respectfully submitted,

Erek L. Barron,
United States Attorney

By: _____/s/_____
Patricia McLane
Assistant United States Attorney

*[Handwritten annotations:]* ELH — There is no justification to seal ECF 55. Therefore, the Motion to Seal ECF 55 is DENIED. However, the Motion to Seal ECF 56 and ECF 56-1 is granted.

~~ORDERED~~ as prayed, this \_\_\_\_ ~~day of July, 2023.~~

/s/ Ellen L. Hollander   7/7/23

Honorable Ellen L. Hollander
United States District Judge